2254 ✓    1983

**FILING FEE PAID**
Yes ___ No ✓

**IFP MOTION FILED**
Yes ___ No ✓

**COPIES SENT TO**
Court ✓    ProSe ___

FILED

2007 DEC 27 PM 4: 04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA    MC-275

BY ___Rm___ DEPUTY

Name __Andre Brazzil__

__CIM - MSF, SD-110u__

Address __P.O. Box 500__

__Chino, California 91708-0500__

CDC or ID Number __F-39583__

## US: FEDERAL Court of The STATE CALEONIA IN AND FOR CITY OF SAN DIGO
(Court)

| | |
|---|---|
| __ANDRE BRAZZIL__<br>Petitioner<br>vs.<br>__People of The STATE of CALIFORNIA__<br>Respondent   REAL PARTY IN INTEREST | **PETITION FOR WRIT OF HABEAS CORPUS**<br>**'07 CV 2421 BTM NLS**<br>No. _____<br>*(To be supplied by the Clerk of the Court)* |

### INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

**This petition concerns:**

☒ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other *(specify)*: _____

1. Your name: _ANDRE BRAZZIL_

2. Where are you incarcerated? _CALIFORNIA INSTITUTION FOR MEN AT CHINO._

3. Why are you in custody? ☒ Criminal Conviction    ☐ Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reasons for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
   _FELON IN POSSESSION OF FIREARM_
   _____

   b. Penal or other code sections: _PENAL CODE SECTION 12021 (a)(1)_

   c. Name and location of sentencing or committing court: _SUPERIOR COURT OF CALIFORNIA,_
   _COUNTY OF IMPERIAL , EL CENTRO_

   d. Case number: _JCF 18572_

   e. Date convicted or committed: _SEPTEMBER 7, 2006_

   f. Date sentenced: _SEPTEMBER 7, 2006_

   g. Length of sentence: _2 YEARS_

   h. When do you expect to be released? _AUGUST 31, 2007_

   i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No.  If yes, state the attorney's name and address:
   _JAVIER GARIBAY_
   _____

4. What was the LAST plea you entered? *(check one)*
   ☐ Not guilty  ☒ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have? _N/A_
   ☐ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The trial court abused its discretion in failing to rule the charged offense, possession of a firearm by a felon, a misdemeanor, and exceeded its statutory authority in denying petitioner probation and imposed prison because petitioner's alleged status as being a felon was not

(continue on next page)

a. **Supporting facts:**

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

On August 23, 2006, petitioner was arrested for possession of a firearm, a revolver, a family's antique.

On August 25, 2006, a complaint was filed alleging that petitioner committed a felony, namely: possession of a firearm by a felon. See Exhibit A.

On September 7, 2006, petitioner withdrew his not guilty plea and pled guilty to Count 1 to only having possessed a firearm. He did not knowingly admit nor otherwise stipulate that he was a felon and personally addressed that alleged issue to the Court. See Exhibit B, which is attached hereto & incorporated by reference. The trial court did not advise petitioner of his right to a jury trial on the issue of him being previously convicted allegedly nor obtain his waiver of such right. He did not know this right. Had he known he would have gone to jury trial and the alleged status would not be proven true. No evidence of the alleged felon status was before the court. Petitioner was not a felon. Also court did not advise him of his rights to confront witnesses or against self-incrimination. Nor did he waive those either.

See Exhibits C & D

b. **Supporting cases, rules, or other authority (optional):**

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

In re Yurko (1974) 10 Cal 3d 857, 112 CR 513, 519; In re Boatwright, 15 P2d 755, 216 C 277 (failed to prove fact of a previous conviction); People v. Baird (1995) 12 Cal 4th 126, 48 Cal Rptr 2d 65; West Ann. Const. art 1, § 28; People v. Bouzas (1991) 53 C3d 467, 279 Cal Rptr 2d 844; California v. Cunningham (2007) ___ U.S. ___, 2007 Daily Journal DAR 1003, Jan. 23 2007, at p. 15 (An element of the charged offense, essential to a jury's determination of guilt, or admitted in defendant's guilty plea, does not qualify as such a circumstance in aggravation.)

ORIGINAL

EXHIBIT "A"
1 of 3

L.A. # F-06-04337
GILBERT G. OTERO
District Attorney
Imperial County
County Administration Center, 1st Floor
940 West Main Street
El Centro, CA 92243
Telephone (760) 482-4331

Attorney for Plaintiff

FILED

AUG 2 5 2006
SUPERIOR COURT
IMPERIAL COUNTY CA
JOSE O. GUILLEN, CLERK
BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL

JAIL DEPARTMENT

THE PEOPLE OF THE STATE OF CALIFORNIA
Plaintiff,

vs.

ANDRE LEWIS BRAZZIL,

Defendant(s)

No. JCF18872

COMPLAINT
(FELONY)

THE UNDERSIGNED, ON INFORMATION AND BELIEF, COMPLAINS AND SAYS, THAT WITHIN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA, THE DEFENDANT(S) COMMITTED THE FOLLOWING CRIME(S) AS FOLLOWS:

## COUNT 1

On or about the 23rd day of August, 2006, said defendant(s), **ANDRE LEWIS BRAZZIL** did commit a **FELONY**, namely: **POSSESSION OF FIREARM BY A FELON - PRIOR(S)**, a violation of Section 12021(A)(1) of the Penal Code of the State of California,

COURT #:  CODE/STAT:  CONV DATE:  COUNTY:  STATE:  CRT TYPE:

CF-1528      PC459         3/20/96      IMPERIAL      CA      SUPERIOR

### COUNT 2

On or about the 23rd day of August, 2006, said defendant(s), **ANDRE LEWIS BRAZZIL** did

commit a **FELONY**, namely: **UNLAWFUL FIREARM ACTIVITY**, a violation of Section

12021(C)(1) of the Penal Code of the State of California, in that said defendant(s): did willfully and

unlawfully own, possess, purchase, receive, and have custody and control of a firearm, to wit,

HANDGUN , the said defendant having been convicted within the immediate past 10 years of the

following crimes: 242/243PC; 242/243PC; 245(A)/17B PC .

 

 

I declare under penalty of perjury that the foregoing is
true and correct and executed on August 25, 2006 at El Centro,
California.

EL CENTRO POLICE DEPARTMENT

**DISCOVERY REQUEST:** Pursuant to Penal Code Section 1054.5(b),
the People are hereby informally requesting that defendant's counsel
provide discovery to the People as required by Penal Code Section
1054.3.

9/07/06

GILBERT G. OTERO, DISTRICT ATTORNEY

By: _____
         JOSEPH F. BEARD
    ASSISTANT DISTRICT ATTORNEY


SUBSCRIBED AND SWORN TO BEFORE ME ON _____, AT
EL CENTRO, COUNTY OF IMPERIAL, CALIFORNIA, AND IT APPEARING TO THE
COURT THAT PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT OF
ARREST FOR THE ABOVE-NAMED DEFENDANT(S), THE WARRANT IS SO ORDERED.



_____
JUDGE OF THE SUPERIOR COURT

GGG:cr

GROUND 1 CONTINUES

admitted nor stipulated to by petitioner nor was it otherwise proved by a jury where also the trial court erred into expressly advise petitioner of his right to a jury trial on the issue of the alleged prior felony conviction status or to obtain a waiver of that right, thereby violating his right to a jury trial. This violates petitioner's rights to due process, 6th and 14th Amendments as guaranteed by U.S. Constitution and State Laws.

EXHIBIT B

Declaration of Andre Brazzi!

I, Andre Brazzil, declare that:

On September 7, 2006, at the preliminary examination proceedings I was arguing with my appointed public defender, Mr. Javier Garibay. I was telling him that I was <u>not a felon</u>!

He replied, "Yes, you are!"

I argued back, "No! I'm not!"

He again replied, "Yes! You are!"

Finally, I gave up and turned to the trial judge, Matias R. Contreras. Our dialogue as follow:

Me: "May I ask the Judge a Question?"

Judge: "Ask your counselor."

Garibay: "Yes. Go ahead."

Me: "I went to jury duty last year and got a check for it. Then how can I be a felon?"

Judge: "Well, Mr. Brazzil? Did you cash that check?"

Me: "Yes."

Judge: "Well, be it!"

When I was asked "how do [I] plea to 'possession of a firearm?'", I withdrew my 'not guilty' plea and pled guilty. It was my understanding and belief that I was only admitting that I did have my family's treasured old gun in my possession. I never admitted as to having been previously convicted of a felon nor did I stipulate knowingly as to such.

The trial court never advised me of my right to a jury trial to resolve and determine the truth to the alleged issue of me having a felon status. Had I known of that

DECLARATION OF ANDRE BRAZZIL CONTINUES

Right to a Jury trial I would have demanded it and gone to trial and it, the alleged felon status, would have not been proven. Nor did the trial court obtain a waiver of my right to a Jury trial. I am not a felon.

I am the petitioner in this action. All facts alleged in the above declaration, not otherwise supported by citations to the record, exhibits, or other documents, are true of my own personal knowledge.

I declare under the penalty of perjury that the above is true and correct and that this declaration was executed on 4/25/07 _____, at Chino, California.

ANDRE BRAZZIL
IN PRO PER

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF IMPERIAL

| | |
|---|---|
| **People**<br>    Plaintiff,<br><br>, vs.<br><br>**Andres Lewis Brazzil**<br>    Defendant.<br><br>DOB:    10-21-69 | Jud. Officer:  **Matias R. Contreras**<br>Clerk:  **Carla Reyes**<br>Bailiff:  <u>**Andrew Lowenthal**</u><br>CSR:  **Leslie Brock**<br>Interpreter:  **Not Required**<br>Language:  ----<br><br>Plaintiff Counsel/DA: <u>Ben Salorio</u><br><br>Defendant Counsel/PD: <u>Javier Garibay</u> |

| | | |
|---|---|---|
| Minutes: | **Preliminary Examination** | Case No.   **JCF18572**<br>**Jail Court** |

| | | |
|---|---|---|
| Date: | **September 7, 2006** | |
| Charges: | **Count 1: PC12021(A)(1)** | |

☒ Defendant present ☒ in custody ☒ with counsel.

**PLEA:**
☒ Defendant advised and understands the maximum penalties, consequences of his plea, the possible defenses
    ☒ consequences of violation of probation ☒ possible deportation if not a citizen of the United States
☒ Court inquired and finds there have been no threats or promises made.
☒ Defendant advised by the court of the right to a trial, the right of silence, the right to confront and cross-
    examine witnesses and the right to subpoena witnesses in his behalf; defendant waived each of these rights.
☒ Stipulation as to the factual basis for the plea.
☒ The court finds a ☒ written ☐ oral knowing, intelligent, voluntary, understanding and explicit waiver of
    constitutional rights and a factual basis for the plea.
☒ Nature of the charges stated by the Court.
☒ Defendant withdraws NOT GUILTY plea and enters a plea of
    ☒ **GUILTY to Count 1, Felon in Posession of Firearm in violation of penal code**
        **section 12021(a)(1), a felony.**
☒ On motion of the District Attorney's Office Count 2 is dismissed.

Counsel requests his client be sentenced forthwith. No objection by the People.

**SENTENCING:**
☒ Probation ☒ denied. Defendant committed to ☒ State Prison ☒ Lower Term of 2 years.
☒ Defendant given credit for <u>24</u> days served in the county jail (16+8).
☒ Pursuant to PC 296 (a) (1), the defendant is required to provide two specimens of blood, a saliva sample, right
    thumb print, and a full palm print impression of each hand for law enforcement identification analysis.
☒ Defendant shall pay a restitution fine in the sum of <u>$ 200.00</u> pursuant to PC 1202.4(b).
☒ Defendant shall pay a restitution fine in the sum of <u>$ 200.00</u> pursuant to PC 1202.45.
☒ **Matter is set for Receipt of Report on 10/19/06 at 9:00 a.m., County Jail Department.**

☒ Defendant is remanded into custody.

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **Imperial**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **Andre Lewis Brazzil**        DOB: **06-18-70**        CASE NUMBER **JCF18572**

AKA:
CII#: **A08638491**
BOOKING #: **865577**        ☐ NOT PRESENT

COMMITMENT TO STATE PRISON        ☐ AMENDED
ABSTRACT OF JUDGMENT        ABSTRACT

DATE OF HEARING **09-07-06**        DEPT. NO. **Jail**        JUDGE **Matias Contreras**

CLERK **Carla Reyes**        REPORTER **Leslie Brock**        PROBATION NO. OR PROBATION OFFICER

COUNSEL FOR PEOPLE **Ben Salorio**        COUNSEL FOR DEFENDANT **Javier Garibay**        ☒ APPTD.

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY ATRY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L, M, U) | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 12021(A)(1) | Felon in Possession of Firearm | 2006 | 09-07-06 | | | X | L | 2 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

Restitution Fine(s): **$200.00** per PC 1202.4(b) forthwith per PC 2085.5;  **$200.00** per PC 1202.45 suspended unless parole is revoked.

Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined    to ☐ victim(s)*    ☐ Restitution Fund
(*List victim name(s) if known and amount breakdown in item 7 below.)

Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

Lab Fee: $_____ per HS 11372.5(a) for counts _____ . ☐ Drug Program Fee of $150 per HS 11372.7(a).

6. TESTING: a. ☐ AIDS pursuant to PC 1202.1    b. ☒ DNA pursuant to PC 296    c. ☐ other (specify):

7. Other orders (specify): **Sentencing report to be forwarded at a later date.**

| 8. | TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM: | 2 | 0 |
|---|---|---|---|

9. ☐ This sentence is to run concurrent with (specify):

10. Execution of sentence imposed
   a. ☒ at initial sentencing hearing.        d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   b. ☐ at resentencing per decision on appeal.        e. ☐ other (specify):
   c. ☐ after revocation of probation.

| 11. | DATE SENTENCE PRONOUNCED **09-07-06** | CREDIT FOR TIME SPENT IN CUSTODY **24** | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME **16** | LOCAL CONDUCT CREDITS **8** | ☒ 4019 ☐ 2933.1 | TIME SERVED IN STATE INSTITUTION: | DMH | CDC | CRC |
|---|---|---|---|---|---|---|---|---|---|---|

12. The defendant is remanded to the custody of the sheriff ☒ forthwith    ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to    ☐ the reception center designated by the director of the California Department of Corrections.
   ☒ other (specify): **RJ Donovan**

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE **Carla Reyes**        DATE **09-07-06**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code
§§ 1170, 1213, 121

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?  ☐ Yes. If yes, continue with number 13.  ☒ No. If no, skip to number 15.

13. a. (1)  Name of court: _____ *N/A* _____

    (2)  Nature of proceeding (for example, "habeas corpus petition"): *N/A*

    (3)  Issues raised:  (a) _____ *N/A* _____

            (b) _____ *N/A* _____

    (4)  Result *(Attach order or explain why unavailable)*: *N/A*

    (5)  Date of decision: _____ *N/A* _____

  b. (1)  Name of court: _____ *N/A* _____

    (2)  Nature of proceeding: _____ *N/A* _____

    (3)  Issues raised:  (a) _____ *N/A* _____

            (b) _____ *N/A* _____

    (4)  Result *(Attach order or explain why unavailable)*: *N/A*

    (5)  Date of decision: _____ *N/A* _____

  c.  *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____ *N/A* _____

_____ *N/A* _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

PETITIONER HAD NO ACCESS TO JAIL'S NOR PRISON'S LAW LIBRARIES to RESEARCH. ALSO HAD DELAYS IN OBTAINING COURT DOCUMENTS, SUCH AS THE MINUTE ORDER. NO TRANSCRIPTS ARE AVAILABLE.

16. Are you presently represented by counsel?  ☐ Yes.  ☒ No.  If yes, state the attorney's name and address, if known:

_____

_____

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes.  ☒ No.  If yes, explain:

_____

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

THERE IS NO OTHER ADEQUATE REMEDY AT LAW TO PRESENT PETITIONER'S CLAIMS EXCEPT FOR THIS PETITION. THIS COURT HAS PROPER JURISDICTION.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4/25/07

▶ *Andru Byrd* (signature)

(SIGNATURE OF PETITIONER)

MC-275 (Rev. July 1, 2005)

## CIM - MSF
## PROOF OF SERVICE BY MAIL
### (C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, **(A)** and I and not a party to the within action. My mailing address is: CALIFORNIA INSTITUTION FOR MEN, P.O. BOX 500, CHINO, CA 91708.

On the following date: **(B)** _April 25, 2007_, I served the following document(s): **(C)**

_PETITION FOR WRIT OF HABEAS CORPUS; ATTACHED EXHIBITS &_
_DECLARATION._

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: **(D)**

| | | |
|---|---|---|
| Superior Court | District Atty's Office | Atty. General's Office |
| The Clerk's Office | 939 W. Main Street | P.O. Box 944855 |
| 939 W. Main St. | El Centro, CA 92243-2842 | Sacramento, CA 94244-2550 |
| El Centro, CA 92243-2842 | | |

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(F)** Name: _Benjamin Edwards_    CDCR#: _F39935_

Signed: _Benjamin Edwards_    Dated: _April 25, 2007_

---

### CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _____ STAFF: _____

SIGNED: _____

8. Did you appeal from the conviction, sentence, or commitment?     ☐ Yes.  ☒ No.    If yes, give the following information:

   a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   _____ N/A _____

   b.  Result: _____ N/A _____    c.  Date of decision: _____

   d.  Case number or citation of opinion, if known: _____ N/A _____

   e.  Issues raised:  (1) _____ N/A _____

       (2) _____ N/A _____

       (3) _____ N/A _____

   f.  Were you represented by counsel on appeal?  ☐ Yes.  ☒ N/A No.   If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court?     ☐ Yes.  ☒ No.   If yes, give the following information:

   a.  Result: _____ N/A _____    b.  Date of decision: _____ N/A _____

   c.  Case number or citation of opinion, if known: _____

   d.  Issues raised:  (1) _____ N/A _____

       (2) ____ N/A _____

       (3) ____ N/A _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal,
    explain why the claim was not made on appeal:

    _No APPEAL WAS TAKEN. _____

    _____

11. Administrative Review:

    a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust
        administrative remedies may result in the denial of your petition, even if it is otherwise meritorious.  (See *In re Muszalski* (1975)
        52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such
        review:

        _____ N/A _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

    b.  Did you seek the highest level of administrative review available?     ☐ Yes.  ☐ No. N/A
        *Attach documents that show you have exhausted your administrative remedies.*

MC-275 [Rev. July 1, 2005]                **PETITION FOR WRIT OF HABEAS CORPUS**                **Page five of six**

865578-11d'10

**STATE OF CALIFORNIA**

THE PEOPLE OF THE STATE OF CALIFORNIA vs An L. Brazzi, Defendant.

Case No. 572

Date 8-25-

Judge Contreras

DOB _____
SS# _____

**NOTICE, SENTENCE, COMMITMENT FORM**

NEXT COURT APPEARANCE DATE 813 PM DEPT. __ CHARGES PC 12021(a)(1)
PC 12021(c)(1)

**FOR:**

- [ ] Enroll/Review/completion Alcohol Program (Care)
- [ ] Entry of plea.
- [ ] Bail/O.R. Review.
- [x] Pretrial conference.
- [ ] Diversion Hearing.
- [x] Preliminary Examination.
- [ ] Report to 9/7/06 @ __ Agency
- [ ] Arrangement for Payment of Attorney Fees.

- [ ] Readiness Hearing
- [ ] Payment Review.
- [ ] Jury Trial.
- [ ] Court Trial.
- [ ] Probation Sentencing
- [ ] Guilty by plea/verdict
- [ ] Continued arraignment
- [ ] at address on reverse side on or before

- [ ] Interpreter Required.
- [ ] C.C.P. 170.6 Judge
- [ ] Case dismissed.
- [ ] To employ own attorney.
- [ ] Defense atty. 7048+4510
- [ ] Vacate. _____
- [x] For Interview.
- [ ] Other

**CUSTODIAL STATUS BEFORE SENTENCE:**

- [x] Remanded to custody of Sheriff until next appearance.
- [ ] Remain at liberty on bail.
- [ ] Released on own recognizance.
- [ ] Bail $ _____
- [ ] Defendant ordered discharged.

**SENTENCE AND CUSTODIAL STATUS**

- [ ] Fine: pay fine of $____ including penalty assessment, less $____ for time served, or spend one day in jail for each $____ of fine unpaid by due date of ____
- [ ] Jail: Serve ____ days in jail, with credit for time served pursuant to P.C. 2900.5
- [ ] Sentence to be served consecutively with _____
- [ ] Stay of execution granted until ____ at ____ and defendant ordered to surrender to Sheriff at that time.
- [ ] Probation granted/ other.
- [ ] appear in Court on due date at ____ M, if fine remains unpaid.
- [ ] Pay fine of $____ to Clerk of Court at address on reverse side.
- [ ] Default in payment of any installment accelerates due date for entire fine to date of default.
- [ ] O.R. Officer directed to interview defendant & submit written/ oral report to Judge ____ By ____
- [ ] To be paid ____ By ____
- [ ] In installments at the rate of $____ on ____ of each week.

I certify the foregoing is a true copy of the judgment rendered on the above date by the above named Judge.
**JOSE O. GUILLEN, CLERK OF THE ABOVE NAME COURT** BY ____, Deputy
TO THE SHERIFF: The foregoing certified copy of judgment in the above entitled action is your authority for the execution thereof.
DEFENDANT, BEING RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) Defendant acknowledges that if he or she is charged with a misdemeanor & willfully fails to appear as required, after being released on his or her own recognizance, in order to evade the process of the Court, is guilty of a misdemeanor, punishable by imprisonment in the county jail for not more than 6 months or a $1,000 fine or both. (b) If he fails to so appear and is apprehended outside the State of California, he waives extradition. (c) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him to custody or require that he give bail or other assurance of his appearance as provided in part 2, title 10, chapter 1 of Penal Code.

Witnessed by ____ Executed on ____ By ____ Defendant

**DISTRIBUTION: D.A. P.D./DEFENSE ATTORNEY JAIL PROBATION DEFENDANT REPORTER O.R. OFFICER**

86552-22875

IMPERIAL COUNTY SUPERIOR COURT _____Jail_____ DEPARTMENT
STATE OF CALIFORNIA

Case No. _JCH-16572_

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.

Interpreter _None_

Date: _9/07/06_

_Andrew Lewis Brazzel_ , Defendant

Reporter _L. Brock_

COMMITMENT, CERTIFICATION

Judge _M. Contreras_

DOB: _1/19/70_

APPEARANCES

Defendant and attorney / P.D. _Garibay, J._ . Deputy Dist. Attorney _Sacovio, R_

PRELIMINARY EXAMINATION HELD

☐  Preliminary examination was held on the above date and it appearing to the above named Judge that a felony violation
of _____ has been committed and that there is
sufficient cause to believe the above named defendant GUILTY thereof, it is ordered that he be held to answer the same.

_Count 2 dismissed_

PLEA OF GUILTY

_CNT 2_ ☒  The above named defendant, being charged in a complaint on file in this Court under the above case number, and
having entered a plea of GUILTY to a felony violation of _H&S Felon in Poss 273.5_
_in violation of PC 243(e)(1)_ It is ordered that this case together with a copy of all proceedings
held herein is certified to the Superior Court for this County.

DATE: _9/7/06_                                    JUDGE: _Matt CE_

PRELIMINARY EXAMINATION WAIVED

☐  The above named defendant, being charged in a complaint on file in this Court under the above case number, and having
waived preliminary examination on the charges, the Court and the District Attorney consenting thereto, it is ordered that he
be held to answer the same. _Ice C contracts both over the_

CUSTODIAL STATUS

_CNT 2_ ☒  Defendant committed to Custody of Sheriff. _Prob denied_ Admit to bail of $ _____

☐  Defendant released on his own recognizance. _SP LT 2yrs_  ☐ Defendant to remain free on bail.

FURTHER PROCEEDINGS _CTS 24 days_  ☐ Defendant ordered discharged.

☐  Defendant ordered to report to Probation Department at address on reverse side within one Court day.

☒  Defendant ordered to appear in Superior Court on _____

I certify the foregoing is a true copy of the judgment rendered on the above date by the above named Judge.

JOSE O. GUILLEN, CLERK OF THE ABOVE NAMED COURT. BY _____ , Deputy.

TO THE SHERIFF: The foregoing certified copy of judgment in the above-entitled action is your authority for the execution thereof.
DEFENDANT, BEIGN RELEASED ON HIS OWN RECOGNIZANCE, AGREES THAT: (a) He/she will appear at all times and places
as ordered by the Court or magistrate releasing him/her and as ordered by any Court in which, or any magistrate before whom, the charge is
subsequently pending. (b) If he/she fails to so appear and is apprehended outside the State of California, she/he waives extradition.
(c) Any Court or magistrate of competent jurisdiction may revoked the order of release and either return him/her to custody or require that
he/she give bail or other assurance of his /her appearance as provided in part 2, title 10, chapter 1 of the Penal Code. (d)The acknowledge-
ment of the defendant that he/she has been informed of the consequences and penalties applicable to violation of the conditions of release.

Witnessed by _____ Executed on _____ By _____ , Defendant

DISTRIBUTION: D.A.  P.D./DEFENSE ATTORNEY    JAIL   PROBATION   DEFENDANT   SUPERIOR COURT

hp officejet 4200 series 4215xi          Personal
Printer/Fax/Copier/Scanner

Log for
LILIANA SALDANA
7603525537
12/18/2007 8:39PM

---

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| 12/18 | 08:38p | Received | | 0:38 | 0 | No fax |

---

hp officejet 4200 series 4215xi          Personal
Printer/Fax/Copier/Scanner

Log for
LILIANA SALDANA
7603525537
12/18/2007 5:56PM

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| 12/18 | 05:55p | Received | | 0:38 | 0 | No fax |

COURT OF APPEAL - STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION ONE

**FILED**

SEP 2 8 2007

SUPERIOR COURT
IMPERIAL COUNTY CA.
_____ _____ CLERK
BY _____ DEPUTY

F I L E D
Stephen M. Kelly, Clerk

G. HERNANDEZ

In re ANDRE BRAZZIL on Habeas Corpus
**D051675**
**Imperial County No. EHC00865**

SEP 2 6 2007

Court of Appeal Fourth District

THE COURT:

The denial of a petition for writ of habeas corpus is not appealable.  The appeal is
DISMISSED.

Presiding Justice

cc:  All Parties

## AFFIDAVIT OF TRANSMITTAL

I am a citizen of the United States, over 18 years of age, and not a party to the within action; that my business address is 750 B Street, Suite 300, San Diego, CA 92101; that I served a copy of the attached material in envelopes addressed to those persons noted below.

That said envelopes were sealed and shipping fees fully paid thereon, and thereafter were sent as indicated via the U.S. Postal System from San Diego, CA 92101.

I certify under penalty of perjury that the foregoing is true and correct.

Stephen M. Kelly, Clerk of the Court

_____        9-26-07
Deputy Clerk                            Date

CASE NUMBER:  D051675

Office of the Clerk                                     Material Sent YES: ____
Imperial County Superior Court  -  Main
939 West Main Street
El Centro, CA 92243


Office of the Attorney General                          Material Sent YES: ✓
P. O. Box 85266
San Diego, CA 92186-5266


                                                        Material Sent YES: ✓
Andre Brazzil
DOB:10/21/1969
354 Calvry Drive
El Centro, CA 92243

serv

COURT OF APPEAL - STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION ONE

Imperial County Superior Court - Main
939 West Main Street
El Centro, CA 92243

RE:    In re ANDRE BRAZZIL on Habeas Corpus
   D051675
   **Imperial County No. EHC00865**

## * * * REMITTITUR * * *

   I, Stephen M. Kelly, Clerk of the Court of Appeal of the State of California, for the Fourth Appellate District, certify the attached is a true and correct copy of the original opinion or decision entered in the above-entitled case on September 26, 2007, and that this opinion or decision has now become final.

   _____ Appellant _____ Respondent to recover costs.

   _____ Each party to bear own costs.

   ___✓___ Costs are not awarded in this proceeding.

   Witness my hand and the seal of the Court affixed this  NOV 2 6 2007

       STEPHEN M. KELLY, Clerk

       By: _____

        Deputy

cc: All Parties (Copy of remittitur only, Cal. Rules of Court, rule 8.272(d).)

## AFFIDAVIT OF TRANSMITTAL

I am a citizen of the United States, over 18 years of age, and not a party to the within action; that my business address is 750 B Street, Suite 300, San Diego, CA 92101; that I served a copy of the attached material in envelopes addressed to those persons noted below.

That said envelopes were sealed and shipping fees fully paid thereon, and thereafter were sent as indicated via the U.S. Postal System from San Diego, CA 92101.

I certify under penalty of perjury that the foregoing is true and correct.

Stephen M. Kelly, Clerk of the Court

_Rita Rodriguez_ _____          **NOV 2 6 2007**
Deputy Clerk                                Date

---

CASE NUMBER: D051675

Office of the Clerk                                     Material Sent YES: ✓
Imperial County Superior Court - Main
939 West Main Street
El Centro, CA 92243


Office of the Attorney General                          Material Sent YES: ✓
P. O. Box 85266
San Diego, CA 92186-5266


Andre Brazzil                                           Material Sent YES: ✓
DOB:10/21/1969
354 Calvry Drive
El Centro, CA 92243


Appellate Defenders, Inc.        (619) 696- 0284        Material Sent YES: ✓
555 West Beech St., Suite 300
San Diego, CA 92101-2936


Office of the District Attorney
Appellate Division                                      Material Sent YES: ____
330 West Broadway, Suite 920
San Diego, CA 92101


District Attorney                                       Material Sent YES: ✓
940 Main Street, Suite 102
El Centro, CA 92243


Department of Corrections and Rehabilitation            Material Sent YES: ✓
P.O. Box 942883
Sacramento, CA 94283-0001


Youth Authority                                         Material Sent YES: ____
4241 Williamsborough Dr.
Sacramento, CA 05823

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

**FILED**

SEP 0 7 2006

SUPERIOR COURT
IMPERIAL COUNTY, CA.
JOSE Q. GUILLEN, CLERK
BY _____ DEPUTY

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **Imperial** | |

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **Andre Lewis Brazzil**     DOB: **06-18-70**

CASE NUMBER: **JCF18572**

AKA:
CII#: **A08638491**
BOOKING #: **865577**          ☐ NOT PRESENT

☐ COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT          ☐ AMENDED ABSTRACT

| DATE OF HEARING **09-07-06** | DEPT. NO. **Jail** | JUDGE **Matias Contreras** |
|---|---|---|
| CLERK **Carla Reyes** | REPORTER **Leslie Brock** | PROBATION NO. OR PROBATION OFFICER |
| COUNSEL FOR PEOPLE **Ben Salorio** | | COUNSEL FOR DEFENDANT **Javier Garibay**   ☒ APPTD. |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L, M, U) | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 12021(A)(1) | Felon in Possession of Firearm | 2006 | 09-07-06 | | | X | L | 2 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
Restitution Fine(s): **$200.00** per PC 1202.4(b) forthwith per PC 2085.5; **$200.00** per PC 1202.45 suspended unless parole is revoked.

Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
(*List victim name(s) if known and amount breakdown in item 7 below.)

Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine ☐ CC  ☐ CS

Lab Fee: $_____ per HS 11372.5(a) for counts _____.  ☐ Drug Program Fee of $150 per HS 11372.7(a).

6. TESTING:  a. ☐ AIDS pursuant to PC 1202.1  b. ☒ DNA pursuant to PC 296  c. ☐ other *(specify):*

7. Other orders *(specify):* **Sentencing report to be forwarded at a later date.**

8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM:     **2** | **0**

9. ☐ This sentence is to run concurrent with *(specify):*

10. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other *(specify):*

11. | DATE SENTENCE PRONOUNCED **09-07-06** | CREDIT FOR TIME SPENT IN CUSTODY **24** | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME **16** | LOCAL CONDUCT CREDITS **8** | ☒ 4019  ☐ 2933.1 | TIME SERVED IN STATE INSTITUTION: ☐ DMH  ☐ CRC  ☐ CRC |
   |---|---|---|---|---|---|---|

12. The defendant is remanded to the custody of the sheriff ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
    ☒ other *(specify):* RJ Donovan

---

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE **Carla Reyes** | DATE **09-07-06** |
|---|---|

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code,
§§ 1170,1213, 1213.5

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **IMPERIAL**

**FILED**

JUL 03 2007

SUPERIOR COURT
IMPERIAL COUNTY CA
JOSE D. GUILLEN, CLERK
BY _____ DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **ANDRE LEWIS BRAZZIL**        DOB: **06-18-70**

CASE NUMBER **JCF18572**

AKA:
CII#: **A08638491**
BOOKING #: **865577**        ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT        ☒ AMENDED ABSTRACT

DATE OF HEARING **09-07-06**    DEPT. NO. **JAIL**    JUDGE **MATIAS R. CONTRERAS**

CLERK **CARLA REYES**    REPORTER **LESLIE BROCK**    PROBATION NO. OR PROBATION OFFICER **MARIA HILL**

COUNSEL FOR PEOPLE **BENJAMIN SALORIO**    COUNSEL FOR DEFENDANT **JAVIER GARIBAY**    ☒ APPTD.

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L, M, U) | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 12021(A)(1) | FELON IN POSSESSION OF FIREARM | 2006 | 09-07-06 | | | X | M | 2 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

Restitution Fine(s): $**200.00** per PC 1202.4(b) forthwith per PC 2085.5;  $**200.00** per PC 1202.45 suspended unless parole is revoked.

Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined    to ☐ victim(s)*    ☐ Restitution Fund
    (*List victim name(s) if known and amount breakdown in item 7 below)

Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

Lab Fee: $_____ per HS 11372.5(a) for counts _____ ☐ Drug Program Fee of $150 per HS 11372.7(a)

6. TESTING: a. ☐ AIDS pursuant to PC 1202.1    b. ☒ DNA pursuant to PC 296    c. ☐ other *(specify)*:

7. Other orders *(specify):*

*All gave me to much time*

8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM:    **2** | **0**

9. ☐ This sentence is to run concurrent with *(specify)*:

10. Execution of sentence imposed
   a. ☒ at initial sentencing hearing.    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   b. ☐ at resentencing per decision on appeal.    e. ☐ other *(specify)*:
   c. ☐ after revocation of probation.

11. 
| DATE SENTENCE PROUNOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT | | TIME SERVED IN STATE INSTITUTION: | DMH | CDC | CRC |
|---|---|---|---|---|---|---|---|---|---|
| 09-07-06 | 24 | | 16 | ☒ 4019 / ☐ 2933.1 | | | | | |

12. The defendant is remanded to the custody of the sheriff ☐ forthwith ☐ after _____ hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☐ the reception center designated by the Director of the California Department of Corrections.
☒ other *(specify)* **R.J. DONOVAN**

CLERK OF THE COURT:  I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE **ARTHUR G. TAFFOLLA**        **07-03-07**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code,
§§ 1170,1213, 1213.5

MC-275

Name  *Andre Brazzil*

Address  *CIM-MSF, SD-110u*
*P.O. Box 500*

*Chino, California 91708-0500*

CDC or ID Number  *F-39583*

**FILED**

MAY 0 9 2007

SUPERIOR COURT
IMPERIAL COUNTY CA.
JOHN O. GUILLEN, CLERK
BY_____ DEPUTY

*U.S. FEDERAL COURT of THE STATE CALIFORNIA*
*IN AND FOR THE ~~County~~ city of San DIGO*
(Court)

| | |
|---|---|
| *ANDRE BRAZZIL* | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Petitioner | |
| vs. | No. *EHC 00865* |
| *PEOPLE OF THE STATE OF CALIFORNIA* | (To be supplied by the Clerk of the Court) |
| Respondent  *REAL PARTY IN INTEREST* | |

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]      **PETITION FOR WRIT OF HABEAS CORPUS**   Legal Solutions Plus      Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Andre Brazzil

2254 AGENDA 1983

FILING FEE PAID
Yes ___ No ___

IFP MOTION FILED
Yes ___ No ___

COPIES SENT TO
Court ___ ProSe ___

FILED
2007 DEC 27 PM 4:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

People of the State of California

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Andre Brazzil
PO Box 500
Chino, CA 91708
F-39583

ATTORNEYS (IF KNOWN)

'07 CV 2421 BTM NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE ___ Docket Number ___

DATE December 27, 2007 | SIGNATURE OF ATTORNEY OF RECORD
R. Mull