US DISTRICT COURT
DISTRICT OF CALIFORNIA
OF THE CLERK
TREET, SUITE 4290
LIFORNIA 92101-8900
AL BUSINESS

RECEIVED IN
DOCKETING
FEB 0 4 2007

Andre Brazzil F-39583

RETURN TO SENDER
 ~OURT
12/20/08 NO DISCHARGE
X PAROLED
___ NO B#
___ CANNOT LOCATE

R/d 2/2/07


US POSTAGE