```
                                                                FILED

ANDREE BRAZZIL                                          08 MAY 14 PM 12:09
354 CALVARY DR.
EL CENTRO, CA 92243                                     U.S. DISTRICT COURT
                                                        DISTRICT OF CALIFORNIA

TELEPHONE NO: (760) 791-0283
                                                                DEPUTY
                                                        NUNC PRO TUNC
                                                          MAY 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUISTE 4290
SAN DIEGO, CALIFORNIA 92101-8900
```

PLAINTIFF/PETITIONER: ANDRE BRAZZIL,

DEFENDANT/RESPONDENT: PEOPLE OF THE STATE OF CALIFORNIA,

DECLARATION                         Case No: JCF18572

I Andree Brazzil is requesting and extension to pay the filing fee requirement and to submit the paper work to name proper respondent.

I failed to submit the documentation in time since the documents were sent to a wrong address and by the time I received my packet the submitting date had been expired.

Please take in consideration my request and extend my due date for submition.

I declare under penalty under the laws of the State of California that the foregoing is true and correct.

Andre BRAZZIL
PRINT NAME

Andre Bzl
(SIGNATURE OF DECLARANT)

___Attorney for    ___Plaintiff         ___Petitioner        ___Defendant
___Respodent       ___Other (Specify)

1