# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BRAZZIL,<br><br>                            Petitioner,<br>   vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                            Respondent. | CASE NO. 07cv2421 BTM(NLS)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

      In an order filed on January 29, 2008, the Court dismissed this case without prejudice and with leave to amend. The Court explained that if Petitioner wished to reopen the case, Petitioner was required to submit *no later than March 11, 2008* (1) the filing fee or proof of his inability to pay; and (2) a First Amended Petition curing the deficiencies identified in the order.

      The docket reflects that the copy of the Court's order that was mailed to Petitioner was returned as undeliverable. On May 12, 2008, the Court received a request by Petitioner for an extension of time to comply with the filing fee requirement and to file the First Amended Petition. Petitioner explains that due to an address change, he did not receive the Court's order and accompanying documents until after the filing deadline had already passed.

      The Court hereby **GRANTS** Petitioner's request for an extension of time. Petitioner must pay the filing fee or submit adequate proof of his inability to pay and must file the First

1  Amended Petition on or before **June 30, 2008**.  The Clerk shall amend the docket to reflect
2  Petitioner's new address and telephone number as reflected on Petitioner's request for an
3  extension of time.  In the future, if Petitioner's address changes, it is Petitioner's responsibility
4  to file a notice of change of address with the Court.
5  **IT IS SO ORDERED.**
6
7  DATED:  May 13, 2008
8                                                                                  _____
9                                                                                  Honorable Barry Ted Moskowitz
                                                                                    United States District Judge