FILED

NUNC PRO TUNC
MAY 12 2008

2008 MAY 15 AM 9:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07CV2421 BTM (NLS)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150824      — MB

May 13, 2008
08:42:25

**Habeas Corpus**
USAO #.: HABEAS CORPUS
Amount.:                    $5.00 MO
Check#.: 12360606480

Total—> $5.00

FROM: ANDRE BRAZZIL VS
      PEOPLE OF THE STATE OF CA